DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**H. JAMES HERBORN, III,**
Appellant,

v.

**ADAM KANTER,**
Appellee.

No. 4D2024-1644

[April 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062017CA011547AXXXCE.

John Preston Seiler and Steven A. Wahlbrink of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellant.

Bart Alan Houston of Houston Roderman, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***